IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

In Re:

Chastity Griffin Baccus
FKA Chastity Yuonlanda Griffin

Debtor(s)

742 Andreone Way
Rock Hill, SC 29732

Last four digits of Social-Security or Individual
Tax-Payer-Identification (ITIN) No(s).,
xxx-xx-2386

Case Number 18-00474-hb
Chapter 13

ORDER

IT IS ORDERED, ADJUDGED, AND DECREED, that the debtor is authorized to make application and receive assistance from the Homeowner Rescue Program or any similar program related to payment of a debt secured by real property. The stay relief is limited to allowing the filing of an application and assistance from this or similar program. No debt is being incurred by the debtor through this program.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED; The debtor is directed to provide a copy of all documents related to the transaction authorized herein to the debtor's attorney.

AND IT IS SO ORDERED

**FILED BY THE COURT**
**11/21/2022**



Chief US Bankruptcy Judge
District of South Carolina

Entered: 11/21/2022